UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20CR2265-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| **TODD ROBERT LEWIS,** | ) | ORDER |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by its counsel Assistant U.S. Attorney Steven Lee, and defendant Todd Lewis, by Frederick M. Carroll, jointly move to continue the Motion Hearing set for October 16, 2020 at 1:30 p.m. to October 23, 2020 at 1:30 p.m.

IT IS ORDERED that the joint motion is granted. The Motion Hearing shall be continued to October 23, 2020 at 1:30 p.m., with intervening time excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated: October 14, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge